**UNITED STATES of America,**
**Appellee,**

v.

**Scott W. GRANING, Appellant.**

**No. 04–1411.**

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 26, 2004.

Decided Dec. 14, 2004.

Alan Lee Everett, U.S. Attorney's Office, Lincoln, NE, for Plaintiff–Appellee.

Scott W. Graning, U.S. Medical Center for Federal Prisoners, Rochester, MN, pro se.

Before RILEY, MCMILLIAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Scott Graning appeals from the final judgment entered in the District Court[1] for the District of Nebraska upon his guilty plea, pursuant to a written plea agreement, to being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g) and 924(a)(2). The district court sentenced Graning to 57 months imprisonment and 3 years supervised release. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

---

**1.** The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Construing the *Anders* brief as challenging the length of the sentence, we find no error. Graning's sentence falls within § 924(a)(2)'s 10–year maximum and is at the bottom of the applicable Guidelines range of 57–71 months. *See* 18 U.S.C. § 3742(a); *United States v. Smotherman*, 326 F.3d 988, 989 (8th Cir.) (per curiam), *cert. denied*, 540 U.S. 912, 124 S.Ct. 293, 157 L.Ed.2d 203 (2003). Having found no nonfrivolous issues after reviewing the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm. We also grant counsel's motion to withdraw.